# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130246 & (60)

ATTORNEY GENERAL,
       Appellee,

v

       SC: 130246
       COA: 256180
       MPSC: U-13843

MICHIGAN PUBLIC SERVICE
COMMISSION,
       Appellant,

and

CONSUMERS ENERGY COMPANY,
MACKINAW POWER, LLC, and NORTH
AMERICAN WIND ENERGY, LLC,
       Appellees.
_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the November 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2006

d0614

Clerk